

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*J. Andrew Ruymann*
*Assistant United States Attorney*
*Chief, Civil Division*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
[john.ruymann@usdoj.gov](mailto:john.ruymann@usdoj.gov)

main: (609) 989-2190
direct:(609) 989-0563
fax:   (609) 989-2360

July 1, 2024

By ECF Only

Honorable Claire C. Cecchi
U.S. District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:  *Asgarli v. USCIS, et al.*
           Civil Action No. 23-1749(CCC)

Dear Judge Cecchi,

    I write, respectfully, in response to Your Honor's text order, filed May 30, 2024, directing defendants to provide the Court with an update as to the status of plaintiff's asylum application. In this letter, I provide Your Honor with the ordered update. Additionally, on behalf of all parties, I advance a proposal for the handling of this matter going forward.

    USCIS has scheduled an interview of plaintiff on his asylum application for later this month. After I learned of the scheduled interview, I advised plaintiff's counsel, Enes Hajdarpasic, Esq., of the scheduled interview. After conferring with Mr. Hajdarpasic by email, he and I agreed that I would advise Your Honor of the following joint request: the parties jointly request that the case be administratively terminated and that, once the asylum application is either approved or referred to an immigration court, the parties will so advise the court and jointly request that the case be dismissed with prejudice, with the parties bearing their own costs, expenses and fees, including attorney fees.

If Your Honor decides to grant the parties' joint request, the parties respectfully request that Your Honor "so order" this letter and file same on the docket. The parties thank the Court for Your Honor's consideration.

        Respectfully submitted,

        PHILIP R. SELLINGER
        United States Attorney

        s/ J. Andrew Ruymann
        By: J. ANDREW RUYMANN
        Assistant U. S. Attorney

c:  All Appearing Counsel (By ECF)

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  7/16/2024